SCOTT T. SHIBAYAMA, Bar No. 173571
VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone: 916.780.1920
Facsimile: 916.780.1921
scott@visionlaw.com

Attorneys for Defendant SunFoods, LLC

ALAN ADELMAN, Bar No. 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
Union Square
San Francisco, CA 94108
Telephone: 415.956.1360
Facsimile: 415.625.1339
alan@alanadelmanlaw.com

ELIZABETH MANCL, Bar No. 191844
Attorney at Law
508 Forbes Avenue, 2d Floor South
Yuba City, CA 95991
Telephone: 530.751.1695
Facsimile: 530.751.2384
bethmancl@prodigy.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANTI BABLU,<br><br>    Plaintiff<br><br>  vs.<br><br>SUNFOODS, LLC,<br><br>    Defendant | Case No. 2:10-CV-01816-MCE-EFB<br><br>**STIPULATION RE BINDING ARBITRATION AND STAY OF ENTIRE ACTION; ORDER** |

Plaintiff Shanti Bablu and Defendant SunFoods, LLC stipulate as follows:

1. To submit all claims in the above referenced matter, Case No. 2:10-CV-01816-MCE-EFB, to final and binding arbitration before a neutral arbitrator as set forth in the Employment

VISION LAW CORPORATION
1380 LEAD HILL BLVD., STE. 106
ROSEVILLE, CA 95661
916.780.1920
916.780.1921

STIPULATION RE BINDING ARBITRATION
AND STAY OF ENTIRE ACTION; ORDER

At-Will and Arbitration Comprehensive Agreement signed by Plaintiff and dated September 20, 2008 (a copy of which is attached hereto);

  2. That such binding arbitration shall be subject to all legal requirements set forth in the California Supreme Court's decision in *Armendariz v. Foundation Health Pyschcare Servs., Inc.*, 24 Cal. 4th 83 (2000), including:

  a. Selection of a neutral arbitrator;

  b. Adequate discovery is allowed for both parties;

  c. The employee's remedies are established by the substantive law relevant to the particular claim(s), i.e. the employee's remedies are not limited and the same remedies available to her in a civil trial are available to her in arbitration;

  d. The arbitrator shall provide a written decision setting forth the essential findings and conclusions upon which the decision is based; and

  e. The employer pays all types of costs that are unique to arbitration.

  3. The entire action pending before this Court, Case No. 2:10-CV-01816-MCE-EFB shall be stayed pending outcome of the binding arbitration and all items on calendar shall be vacated.

Dated: September 2, 2010    VISION LAW CORPORATION

               /s/Scott Shibayama
              Scott T. Shibayama
              Attorneys for Defendant

              LAW OFFICES OF ALAN ADELMAN

               /s/Alan Adelman
              Alan Adelman
              Attorneys for Plaintiff

              ATTORNEY AT LAW

               /s/Elizabeth Mancl
              Elizabeth Mancl
              Attorneys for Plaintiff

VISION LAW CORPORATION
1380 LEAD HILL BLVD., STE. 106
ROSEVILLE, CA 95661
916.780.1920
916.780.1921

STIPULATION RE BINDING ARBITRATION
AND STAY OF ENTIRE ACTION; ORDER  2.

# **ORDER**

**GOOD CAUSE APPEARING**, **IT IS HEREBY ORDERED:**

1. Plaintiff and Defendant are ordered to submit Plaintiff's claims to final and binding arbitration before a neutral arbitrator as set forth in the Employment At-Will and Arbitration Comprehensive Agreement signed by Plaintiff and dated September 20, 2008;

2. That such binding arbitration shall be subject to all legal requirements set forth in the California Supreme Court's decision in *Armendariz v. Foundation Health Pyschcare Servs., Inc.*, 24 Cal. 4th 83 (2000), including:

    a. Selection of a neutral arbitrator;

    b. Adequate discovery is allowed for both parties;

    c. The employee's remedies are established by the substantive law relevant to the particular claim(s), i.e. the employee's remedies are not limited and the same remedies available to her in a civil trial are available to her in arbitration;

    d. The arbitrator shall provide a written decision setting forth the essential findings and conclusions upon which the decision is based; and

    e. The employer shall pay for all types of costs that are unique to arbitration.

3. The entire action pending before this Court, Case No. 2:10-CV-01816-MCE-EFB, is hereby stayed pending outcome of the binding arbitration and all items currently on calendar are hereby vacated. The Clerk is directed to remove this case from the active docket during the pendency of the stay.

4.

Dated: September 2, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

VISION LAW CORPORATION
1380 LEAD HILL BLVD., STE. 106
ROSEVILLE, CA 95661
916.780.1920
916.780.1921

STIPULATION RE BINDING ARBITRATION
AND STAY OF ENTIRE ACTION; ORDER             3.